ABRAHAM RABINOWITZ, Respondent, v. MICHAEL F. BURNS, Appellant.

APPEAL from judgment in favor of plaintiff and from order denying motion for a new trial.

*John J. Macklin*, for appellant.

*Moses H. Grossman*, for respondent.

Judgment and order affirmed, with costs.

Present: VAN WYCK, Ch. J., and FITZSIMONS, J.
Judgment and order affirmed, with costs.

---

EDWARD C. QUIGG, Appellant, v. THE INTERNATIONAL SHIRT & COLLAR CO., Respondent.

APPEAL from judgment in favor of defendant and from order denying motion for a new trial.

*Fromme Brothers*, for appellant.

*David Leventritt*, for respondent.

Judgment and order affirmed, with costs.

Present: VAN WYCK, Ch. J., FITZSIMONS and McCARTHY, JJ.
Judgment and order affirmed, with costs.